**Stuart Hanlon (CASBN. 66104 )**
**Attorney at Law**
**635 Belvedere Street**
**San Francisco, California 94117**
**Telephone: (415) 864-5600**
**Stuart@stuarthanlonlaw.com**

Attorney for Defendant
Brendan Jacy Tatum

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 3:21-70422-MAG |
| Plaintiff, | ) Stipulation Request For Travel |
| vs. | ) [~~Proposed~~] Order |
| Brendan Jacy Tatum | ) |
| Defendants. | ) |

**IT IS STIPULATED AND AGREED** by the parties, through their undersigned attorneys that,

with the Court's permission, Mr. Tatum be allowed to travel with his family on August 13, 2021,

to Las Vegas Nevada, returning on August 15th, 2021.  Mr. Tatum will provide his itinerary,

including flights and lodging, to Pre-Trial Services Officer Josh Libby prior to travel.

Mr. Libby has no objection to this request.  All other conditions of release remain in effect.

SO STIPULATED

Dated:  July 23, 2021                                    _____/s/_____

STUART HANLON

For Defendant Brendan Jacy Tatum


STEPHANIE M. HINDS
Acting United States Attorney


_____/s/_____

CYNTHIA FREY

Assistant United States Attorney

**Stuart Hanlon (CASBN. 66104 )**
**Attorney at Law**
**635 Belvedere Street**
**San Francisco, California 94117**
**Telephone: (415) 864-5600**
**Stuart@stuarthanlonlaw.com**

Attorney for Defendant
Brendan Jacy Tatum

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:21-mj-70422-MAG |
| ) | |
| Plaintiff, ) | |
| ) | [Proposed] Order |
| vs. ) | |
| ) | |
| Brendan Jacy Tatum, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

IT IS HEREBY ORDERED THAT: Mr. Tatum be allowed to travel with his family on August 13, 2021, to Las Vegas Nevada, returning on August 15th, 2021.  Mr. Tatum will provide his itinerary, including flights and lodging, to Pre-Trial Services Officer Josh Libby prior to travel. All other conditions of release remain in effect.

Dated: July 26, 2021

_____

HONORABLE SALLIE KIM
United States Magistrate Judge